UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KAREEM NISBETT,                            21-cv-2542 (JGK)

        Plaintiff,                ORDER

- against -

ACADEMICS IN A BOX, LLC,

        Defendants.

JOHN G. KOELTL, District Judge:

    The parties should submit a Rule 26(f) Report by 5/21/21.

SO ORDERED.

Dated:    New York, New York
         May 10, 2021

                               John G. Koeltl
                            United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-10-2021