UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KAREEM NISBETT,                                21-cv-2542 (JGK)

              Plaintiff,           ORDER

- against -

ACADEMICS IN A BOX, LLC,

              Defendant.

JOHN G. KOELTL, District Judge:

As discussed during the teleconference held on May 24, 2021, the parties should submit a status letter by June 7, 2021.

SO ORDERED.

Dated:   New York, New York
       May 24, 2021

                                          John G. Koeltl
                                United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-25-21