UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KAREEM NISBETT, Individually and on behalf of all other persons similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>ACADEMICS IN A BOX, LLC, d/b/a Groovy Lab in a Box,<br><br>        Defendant. | ECF CASE<br><br>No.: 1:21-cv-02542<br><br>STIPULATION OF DISMISSAL |

IT IS HEREBY STIPULATED that this action is dismissed, with prejudice, with each party bearing its own costs and expenses, including attorneys' fees.

Dated: New York, New York
July 28, 2021

Dated: New York, New York
July 28, 2021

LIPSKY LOWE LLP

By: _____
     Christopher H. Lowe
420 Lexington Avenue
New York, New York 10170-1830
Tel. 212.392.4772
Fax. 212.444.1030
chris@lipskylowe.com
*Counsel for Plaintiff*

BARRY MCTIERNAN & MOORE LLC

By: _____
     David H. Schultz
101 Greenwich Street, 14th Floor
New York, NY 10006
212.313.3600
dschultz@bmmfirm.com
*Counsel for Defendants*

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/03/2021

SO ORDERED:

8/3/21

_____
U.S.D.J.